IN THE SUPREME COURT OF TEXAS

 No. 09-1025

 IN RE 24R, INC., D/B/A THE BOOT JACK

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed December
14, 2009, is granted. All trial court proceedings in Cause No. CL-08-1074-
E, styled Frances S. Cabrera v. 24R, Inc., d/b/a The Boot Jack, in the
Hidalgo County Court at Law 5 of Hidalgo County, Texas, are stayed pending
further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., January 4, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 14, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk